**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**KAZEROUNI LAW GROUP, APC**
Jason A. Ibey, Esq (SBN: 284607)
jason@kazlg.com
321 N Mall Drive, Suite R108
St. George, Utah 84790
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA REMUS, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>SHOES WEST, INC. d/b/a TAOS FOOTWEAR,<br><br>　　　　Defendant. | **Case No.:** 2:23-cv-07062-RGK-ROA<br><br>**NOTICE OF SETTLEMENT ON AN INDIVIDUAL BASIS**<br><br>**Judge**: Hon. R. Gary Klausner |

**TO THE COURT AND COUNSEL FOR THE PARTIES:**

PLEASE TAKE NOTICE that Plaintiff Lisa Remus ("Plaintiff") and Defendant Shoes West, Inc. d/b/a Taos Footwear (collectively the "Parties"), have reached a settlement of this matter on an individual basis only.

Accordingly, Plaintiff respectfully requests that the Court afford the Parties through <u>November 22, 2023</u>, to file finalize their settlement agreement and file a joint stipulation to dismiss pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: October 23, 2023                    Respectfully Submitted,

**KAZEROUNI LAW GROUP, APC**

By: <u>*/s/ Jason A. Ibey, Esq.*</u>
    Jason A. Ibey, Esq.
    *Attorneys for Plaintiff*