**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**KAZEROUNI LAW GROUP, APC**
Jason A. Ibey, Esq (SBN: 284607)
jason@kazlg.com
321 N Mall Drive, Suite R108
St. George, Utah 84790
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA REMUS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SHOES WEST, INC. d/b/a TAOS FOOTWEAR,<br><br>Defendant. | **Case No.:** 2:23-cv-07062-RGK-ROA<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br>**Judge**: Hon. R. Gary Klausner |

**TO THE COURT AND COUNSEL FOR THE PARTIES:**

PLEASE TAKE NOTICE that Plaintiff Lisa Remus ("Plaintiff") hereby voluntarily dismisses the action, in its entirety, with prejudice as to Plaintiff's individual claims and without prejudice as to the putative class claims, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: November 17, 2023                    Respectfully Submitted,

                                                              **KAZEROUNI LAW GROUP, APC**

                                                              By: */s/ Jason A. Ibey, Esq.*
                                                                     Jason A. Ibey, Esq.
                                                                     *Attorneys for Plaintiff*

